# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132628(46)

GENERAL CASUALTY OF WISCONSIN,
      Plaintiff-Appellee,

v

SC: 132628
COA: 270457
Macomb CC: 05-000477-CK

SECURA INSURANCE,
      Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's March 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

d0618